**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-24444-PCH**

**ENRIQUE ALVEAR**,

     Plaintiff,

vs.

**POMELLATO USA, INC,**
**a foreign for-profit corporation**,

     Defendant.

_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE

**THIS MATTER** is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 6], which was filed on February 2, 2024.  The Plaintiff advises the Court that he hereby voluntarily dismisses all his claims in this action with prejudice.  Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, with each side to bear its own fees and costs.  The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida on February 6, 2024.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record